IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BYRON RAMON STEWART,

    Petitioner,

v.

                                                                                            Case No. 18-cv-185-jdp

GARY BOUGHTON,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Byron Ramon Stewart's petition for writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/                                                   12/18/2020

Peter Oppeneer, Clerk of Court                   Date